*E-FILED - 9/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILASH C. CHAUDHARY,<br>            Petitioner,<br>  vs.<br>BOARD OF PRISON TERMS, et al.,<br>            Respondents. | No. C 09-3560 RMW (PR)<br><br>JUDGMENT |

The court has granted respondent's motion to dismiss.  A judgment of dismissal is entered.  The clerk shall close the file.

IT IS SO ORDERED.

Dated: 9/30/10

*[signature: Ronald M. Whyte]*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Chaudhary560jud.wpd